JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARCELINO GUZMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HOMECOMINGS FINANCIAL, LLC.,) <br> et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. EDCV 08-01034 VAP (AJW) <br><br> J U D G M E N T |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: _August 28, 2008

*Virginia A. Phillips*

_____
VIRGINIA A. PHILLIPS
United States District Judge